**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **BELL INCORPORATED,** | Civil Action No. 4:13-cv-04009-RAL |
| Plaintiff, | **JOINT REPORT OF RULE 26(F) MEETING** |
| v. | **JURY TRIAL DEMANDED** |
| **GE LIGHTING, LLC,** | |
| Defendant. | |

## NON-DISCLOSURE AGREEMENT

I, _____, do solemnly swear (or affirm) that I am fully familiar with the terms of the Protective Order ("Order") entered in the above captioned case, and hereby agree to comply with and be bound by the terms and conditions of the Order unless and until modified by further Order of this Court. I acknowledge that I am about to receive Protected Documents in this litigation and certify my understanding that such Protected Documents are being provided to me pursuant to the terms and restrictions of the Order. I understand that such information and any copies I make of any documentary material containing Protected Documents or any notes or other records that may be made regarding any such information shall not be disclosed to others, except other qualified persons as defined in that Order. I agree to submit to the jurisdiction of this Court in connection with any proceeding or hearing relating to Protected Documents in this litigation, including any proceeding relating to enforcement of this Order.

Dated: _____    By: _____

RLF1 6253217v. 1